UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ALEKSANDR RAZUMOVSKIY,
GEDIMINAS BERTULIS,
MIKHAIL DIKLER,
RAMIL FAZLUTDINOV,
MARKO STASIV,
KYRYLO SAMOILENKO,
GENNADY TOPOROV,

Defendants.

- - - - - - - - - - - - - - - - x

INDICTMENT

18 Cr.

18 CRIM 259

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 03 2018

COUNT ONE

(Bank Fraud Conspiracy)

The Grand Jury charges:

1. From at least in or about April 2016, up to and including in or about February 2018, in the Southern District of New York and elsewhere, ALEKSANDR RAZUMOVSKIY, GEDIMINAS BERTULIS, MIKHAIL DIKLER, RAMIL FAZLUTDINOV, MARKO STASIV, KYRYLO SAMOILENKO, and GENNADY TOPOROV, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit bank fraud in violation of Title 18, United States Code, Section 1344, to wit, RAZUMOVSKIY, BERTULIS, DIKLER, FAZLUTDINOV, STASIV,

JUDGE CASTEL

SAMOILENKO, and TOPOROV participated in a scheme to cash checks drawn on unfunded bank accounts, opened in the name of sham companies created by others, at multiple check-cashing businesses located across the country.

2. It was a part and an object of the conspiracy that ALEKSANDR RAZUMOVSKIY, GEDIMINAS BERTULIS, MIKHAIL DIKLER, RAMIL FAZLUTDINOV, MARKO STASIV, KYRYLO SAMOILENKO, and GENNADY TOPOROV, the defendants, and others known and unknown, would and did execute and attempt to execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense charged in Count One of this Indictment, ALEKSANDR RAZUMOVSKIY, GEDIMINAS BERTULIS, MIKHAIL DIKLER, RAMIL FAZLUTDINOV, MARKO STASIV, KYRYLO SAMOILENKO, and GENNADY TOPOROV, the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any and all property constituting or derived from, proceeds obtained

directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendants personally obtained.

**Substitute Asset Provision**

4. If any of the above described forfeitable property, as a result of any act or omission of the defendants:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney