USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _ _ _ _ _ _
DATE FILED: **MAY 0 8 2018**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA      :    **UNSEALING ORDER**

                        :

          -v.-          :    S1 18 Cr. 259 (PKC)

                        :

ALEKSANDR RAZUMOVSKIY,    :
GEDIMINAS BERTULIS,      :
MIKHAIL DIKLER,          :
RAMIL FAZLUTDINOV,       :
MARKO STASIV,           :
KYRYLO SAMOILENKO,      :
GENNADY TOPOROV,        :
GOCHA ZHVITIASHVILI,     :

                        :

         Defendants.    :

                        :

-------------------------------------X

    Upon the application of the United States of America, by and through Assistant United States Attorney Jonathan E. Rebold, it is hereby ORDERED that Indictment S1 18 Cr. 259, which was filed under seal on or about April 3, 2018, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
       May 8 , 2018

                             _____
                             HONORABLE JAMES L. COTT
                             UNITED STATES MAGISTRATE JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew s Plaza*
*New York, New York 10007*

May 7, 2018

**BY EMAIL**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Alexander Razumovskiy et al.*, S1 18 Cr. 259

Dear Judge Cott:

      The Government writes to respectfully request that the above-referenced Indictment, S1 18 Cr. 259, which was returned under seal on or about April 3, 2018, be unsealed. As of today, all defendants have been arrested on this Indictment. Another Indictment in the case, 18 Cr. 259 (PKC), has already been wheeled out to Your Honor. A proposed Order is enclosed for the Court's consideration.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
      Jonathan E. Rebold
      Assistant United States Attorney
      (212) 637-1115