UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,                               :
                                                        :
                          Plaintiff,                    :
                                                        :    **ORDER**
            -against-                                   :
                                                        :    18 CR 259 (PKC)
ALEKSANDR RAZUMOVSKIY,                                  :
                                                        :
                          Defendant.                    :
------------------------------------------------------- x

P. KEVIN CASTEL, United States District Judge:

   The Defendant, ALEKSANDR RAZUMOVSKIY (Reg. No. 75971-112), having made an application to the warden of the Federal Correctional Institution in Otisville, NY for a sentence reduction pursuant to 18 U.S.C. § 3582, based on his medical condition,

   It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel, Zachary S. Taylor, within five business days of this Order, Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present.

Date: May 20, 2020
      New York, New York

SO ORDERED:

P. KEVIN CASTEL
United States District Judge

*And Mr. Taylor shall transmit the entirety of such records to the AUSA to whom the case is assigned.*