UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                                      18-cr-259 (PKC)

       -against-

                                                                                                                                 ORDER

ALEKSANDR RAZUMOVSKIY,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the redacted and unredacted versions of defendant Razumovskiy's motion to reduce his sentence, including Exhibits A-F. The application to file under seal is DENIED and defendant shall file the documents on the public record by June 4, 2020. The redacted information is the essence of why Razumovskiy asks this Court to reduce his sentence. The public has a strong interest in knowing what that information is and for the government to have the freedom to discuss it with any potentially knowledgeable person.

        The government shall respond on the merits to the application by June 9, 2020 and the Court will hear the application on June 10, 2020 at 2:00 p.m. The hearing will be held telephonically. The call-in information is below:

        <u>Dial-in:</u>      (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                                                                    P. Kevin Castel
                                                                                              United States District Judge

Dated: New York, New York
       June 1, 2020